**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ROBERT SINGLETON JOHNSON, JR.
ADC #136702                                                                                                    PLAINTIFF

v.                                          1:11-cv-00004-KGB-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al.*                                                                   DEFENDANTS

### **ORDER**

On April 10, 2012, this Court directed the re-issuance of Summons and service of Plaintiff's Complaint on Defendant Josuah Sorrels. (Doc. No. 22.) Summons for Defendant Josuah Sorrells was again returned unexecuted and incomplete. (Doc. No. 26). Therefore, the Court will re-serve Defendant Sorrels at the address provided under seal (Doc. No. 14). Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      The Clerk of the Court shall prepare a Summons for Defendant Josuah Sorrells, and the United States Marshal is directed to serve a copy of the Summons and Complaint (Doc. No. 2) on the Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

DATED this 15th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE