**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ROBERT SINGLETON JOHNSON, JR.
ADC #136702**                                                 **PLAINTIFF**

**v.**                 **CASE NO. 1:11CV00004-KGB-JJV**

**RAY HOBBS, Director,
Arkansas Department of Correction;** *et al.*                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 30). The Court has also reviewed the objections filed by plaintiff Robert Singleton Johnson, Jr. After careful consideration, the Court declines to adopt the Proposed Findings and Recommended Partial Disposition (Dkt. No. 30).

SO ORDERED this the 21st day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE