IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT SINGLETON JOHNSON, JR.                                                         PLAINTIFF
ADC #136702

v.                                            1:11-cv-00004-KGB-JJV

RAY HOBBS, Director,
Arkansas Department of Correction; *et al.*                                           DEFENDANTS

## ORDER APPOINTING COUNSEL

Counsel is necessary to attempt to serve Defendant Josuah Sorrells. In conformity with Local Rule 83.7, the Court hereby appoints Dale E. Adams of the law firm Montgomery, Adams & Wyatt, PLC, 308 East 8th Street, Little Rock, AR 72202 to represent Mr. Johnson **for the sole purpose of obtaining service** for Defendant Sorrells. The Clerk of the Court shall send Mr. Adams a copy of this order and Local Rule 83.7.

SO ORDERED this 31st day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE