**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ROBERT SINGLETON JOHNSON, JR.                                                        PLAINTIFF
ADC #136702

v.                                          1:11CV00004-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al.*                                                      DEFENDANTS

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED with prejudice.  The Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

IT IS SO ORDERED this <u>4th</u> day of February, 2014.

_____
JOE J. VOLPE
UNITED STATES DISTRICT JUDGE